# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                              **Crim. No. 5:19-CR-352-1FL**

**LORNIE ARIEL RAMOS-ANDINO**

On March 27, 2023, the above named was released from prison and commenced a term of supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8672
Executed On: March 10, 2026

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____30__ day of ____March_____, 2026.

_____
Louise W. Flanagan
U.S. District Judge

*Best wishes Mr. Ramos-Andino*

*Soaring forward !*

*Judge Flanagan*